U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB - 6 2014

TONY R. MO~~~, CLERK
BY _____ DEPUTY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

SALVADOR ADAM MENDOZA     CIVIL ACTION NO: 12-2956 (P)

VERSUS     JUDGE DONALD E. WALTER

UNITED STATES OF AMERICA, ET AL.     MAGISTRATE JUDGE KAY

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #2], and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants Tony King, Mr. Victorian, and "Unknown Defendants" are hereby **DISMISSED WITH PREJUDICE**. The United States of America is the only proper defendant in a claim pursuant to the Federal Tort Claims Act. *Galvin v. OSHA*, 860 F.2d 181, 183 (5th Cir. 1988).

**THUS DONE AND SIGNED**, this 6 day of February, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE