RECEIVED

JUN 0 4 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

SALVADOR ADAM MENDOZA

VERSUS

USA, ET AL.

CIVIL ACTION NO. 2:12-cv-2956

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 19] is **ADOPTED**; and that the government's motion to dismiss or for summary judgment [Doc. 11] is **GRANTED**. Accordingly, Plaintiff's Motion for Extension of Time to Complete Discovery [Doc. 21] is **DENIED** as **MOOT**.

THUS DONE AND SIGNED this __4__ day of June 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE